IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

     Plaintiff,                    No. CIV S-05-1669 DFL KJM P

     vs.

SCOTT KERNAN, et al.,

     Defendants.              ORDER

_____/

     Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

     In addition, plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of September 28, 2006. Good cause appearing, plaintiff's request will be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 23, 2006 motion for the appointment of counsel is denied;

2. Plaintiff's October 23, 2006 application for an extension of time is granted; and

3. Plaintiff shall file a second amended complaint on or before November 26, 2006.

DATED: October 30, 2006.

_____
U.S. MAGISTRATE JUDGE

1/mp
bake1669.31+36