IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

        Plaintiff,                        No. CIV S-05-1669 DFL KJM P

    vs.

SCOTT KERNAN, et al.,

        Defendants.         ORDER

_____/

        Plaintiff has filed his second request for an extension of time to file a second amended complaint pursuant to the court's order of September 28, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's November 21, 2006 application for an extension of time is granted; and

        2. Plaintiff shall file a second amended complaint on or before December 26, 2006.

DATED: November 29, 2006.

_____
U.S. MAGISTRATE JUDGE

/mp;bake1669.36sec