1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT GUY BAKER,

11            Plaintiff,                    No. CIV S-05-1669 DFL KJM P

12        vs.

13   SCOTT KERNAN,

14            Defendant.                    <u>ORDER</u>

15   _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed September 28, 2006, plaintiff's amended

18   complaint was dismissed with leave to file a second amended complaint.  Plaintiff has now filed

19   an amended complaint.

20            The second amended complaint states a cognizable claim under the Equal

21   Protection Clause of the Fourteenth Amendment pursuant to 42 U.S.C. § 1983 and 28 U.S.C.

22   § 1915A(b) against defendant Kernan.  Therefore, the court will order service of process on

23   defendant Kernan.  With respect to the other claims identified in plaintiff's second amended

24   complaint, the complaint fails to state a claim upon which relief can be granted.

25   /////

26   /////

1

1   In accordance with the above, IT IS HEREBY ORDERED that:

2   1.  Service is appropriate for defendant Kernan.

3   2.  The Clerk of the Court shall send plaintiff one USM-285 form, one summons,

4   an instruction sheet and a copy of the second amended complaint filed December 6, 2006.

5   3.  Within thirty days from the date of this order, plaintiff shall complete the

6   attached Notice of Submission of Documents and submit the following documents to the court:

7   a.  The completed Notice of Submission of Documents;

8   b.  One completed summons;

9   c.  One completed USM-285 form; and

10   d. Two copies of the endorsed second amended complaint filed December

11   6, 2006.

12   4.  Plaintiff need not attempt service on defendant Kernan and need not request

13   waiver of service.  Upon receipt of the above-described documents, the court will direct the

14   United States Marshal to serve defendant Kernan pursuant to Federal Rule of Civil Procedure 4

15   without payment of costs.

16   DATED:  May 7, 2007.

17   _____

18   U.S. MAGISTRATE JUDGE

19   1
    bake1669.1(12.6.06)

20

21

22

23

24

25

26

2

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT GUY BAKER,

11              Plaintiff,                    No. CIV S-05-1669 DFL KJM P

12        vs.

13   SCOTT KERNAN                             NOTICE OF SUBMISSION

14              Defendant.                    OF DOCUMENTS

15   _____/

16              Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18              _____        completed summons form

19              _____        completed USM-285 forms

20              _____        copies of the _____

21   DATED:                                   Second Amended Complaint

22

23                                   _____

24                                   Plaintiff

25

26