IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

        Plaintiff,                   No. CIV S-05-1669 DFL KJM P

    vs.

SCOTT KERNAN,

        Defendant.               ORDER

                                /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On May 7, 2007, plaintiff filed his third motion for the appointment of counsel. On May 15, 2007 he filed his fourth. Plaintiff's previous requests were filed on January 9, 2006 and October 23, 2006. Those requests were denied. In light of those orders, and because there has been no material change in the reasons for them, IT IS HEREBY ORDERED that plaintiff's May 7, 2007 and May 15, 2007 motions for the appointment of counsel are denied.

DATED: May 17, 2007.

                                                  _____
                                                  U.S. MAGISTRATE JUDGE

1/mp
bake1669.31thr