IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

      Plaintiff,                    No. CIV S-05-1669 RRB KJM P

    vs.

SCOTT KERNAN,

      Defendant.          ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a request that the court order prison officials to allow plaintiff to use the computer in the prison law library for legal research. But plaintiff has not indicated why he needs to use the computer at this stage. The court notes that there are no outstanding motions and defendant has not yet been served with process by the U.S. Marshal. See May 25, 207 Order.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's June 19, 2007 "motion requesting an order to use prison law library computer for research" is denied.

DATED: June 25, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp/bake1669.80