IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT GUY BAKER,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SCOTT KERNAN,**<br><br>　　　　　　　　　　　　Defendant. | 2:05-cv-1669 DFL KJM P<br><br>**ORDER GRANTING DEFENDANT'S FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

　　　　Good cause appearing, Defendant is granted a thirty-day extension of time to respond to Plaintiff's Complaint. Defendant's response to Plaintiff's complaint shall be due on or before September 5, 2007.

Dated: August 9, 2007.

_____
U.S. MAGISTRATE JUDGE