IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

      Plaintiff,                    No. CIV S-05-1669 RRB KJM P

    vs.

SCOTT KERNAN,

      Defendant.          ORDER

_____/

       Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On August 14, 2007, plaintiff filed his sixth motion for the appointment of counsel. Plaintiff's previous motions were filed on January 9, 2006, October 23, 2006, May 7, 2007, May 15, 2007 and June 6, 2007. All motions were denied. In light of those orders, and because there has been no material change in the circumstances relevant to the court's consideration of plaintiff's motion, IT IS HEREBY ORDERED that plaintiff's August 14, 2007 motion for appointment of counsel is denied.

DATED: August 22, 2007.

                                  _____
                                  U.S. MAGISTRATE JUDGE

/mp
bake1669.31thr(4)