IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

      Plaintiff,               No. CIV S-05-1669 RRB KJM P

    vs.

SCOTT KERNAN,

      Defendant.         ORDER

_____/

      Defendant has requested an extension of time to file his response to plaintiff's complaint. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendant's request for an extension of time is granted; and

      2. Defendant is granted until September 25, 2007 to file his response to plaintiff's complaint.

DATED: September 14, 2007.

_____
U.S. MAGISTRATE JUDGE

1
bake1669.36