IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

    Plaintiff,                   No. CIV S-05-1669 RRB KJM P

    vs.

SCOTT KERNAN,

    Defendant.               <u>ORDER</u>

                            /

Plaintiff has requested an extension of time to file and serve an opposition to defendant's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's October 16, 2007 request for an extension of time is granted; and

    2. Plaintiff shall file and serve his opposition to defendant's motion to dismiss on or before November 15, 2007.

DATED: October 26, 2007.

_____
U.S. MAGISTRATE JUDGE

/ke
bake1669.36(2)