IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GUY BAKER,

        Plaintiff,                     No. CIV S-05-1669 RRB KJM P

      vs.

SCOTT KERNAN,

        Defendant.              <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On November 29, 2007, plaintiff filed his eighth request for the appointment of counsel. Plaintiff's previous requests were filed on January 9, 2006; October 23, 2006; May 7, 2007; May 15, 2007; June 6, 2007; August 14, 2007 and October 16, 2007. All requests were denied. In light of those orders and the court's determination that there has been no material change in the relevant factors, IT IS HEREBY ORDERED that plaintiff's November 29, 2007 request for appointment of counsel is denied.

DATED: December 17, 2007.

                                                                    U.S. MAGISTRATE JUDGE

/mp
bake1669.31thr(5)