1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  ROBERT GUY BAKER,
11          Plaintiff,                    No. CIV S-05-1669 JAM KJM P
12      vs.
13  SCOTT KERNAN,
14          Defendants.                   ORDER
15  _____/
16          Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil
17  rights action. On February 12, 2009, plaintiff filed his eighth request for the appointment of
18  counsel. Plaintiff's previous requests were filed on January 9, 2006, October 23, 2006, May 7,
19  2007, May 15, 2007, August 14, 2007, October 16, 2007 and November 29, 2007. All requests
20  were denied. In light of those orders, and the court's determination that there has been no
21  material change in the relevant factors, plaintiff's current request will be denied.
22          Plaintiff has also filed a motion in which he asks that the court order officials at
23  his prison to allow him to conduct legal research by using a computer. Plaintiff has failed to
24  present any valid legal basis upon which the court could grant his motion. Therefore, it will be
25  denied.
26  /////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 12, 2009 request for the appointment of counsel (# 86) is denied.

2. Plaintiff's February 12, 2009 "motion in request for court order to prison directing them to allow plaintiff computer access in library" (#85) is denied.

DATED: February 23, 2009.

_____
U.S. MAGISTRATE JUDGE

1/md
bake1669.31.thr