IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT GUY BAKER,**<br><br>Plaintiff,<br><br>v.<br><br>**SCOTT KERNAN, ET AL.,**<br><br>Defendant. | Case No. 2:05-CV-1669 JAM KJM P<br><br>**ORDER GRANTING DEFENDANT'S SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS** |

Defendant's first request for an extension of time to respond to Plaintiff's first set of interrogatories and requests for production of documents (Docket No. 95) was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that the Defendant is granted a one-week extension of time, up to and including April 29, 2009, to respond to Plaintiff's first set of interrogatories and requests for production of documents.

DATED: April 29, 2009

_____
U.S. MAGISTRATE JUDGE

1

[Proposed] Order Granting Defendant's Second Request for Extension of Time to Respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents (2:05-CV-1669 DFL KJM P)