IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ROBERT GUY BAKER,**

Plaintiff,

v.

**SCOTT KERNAN,**

Defendant.

Case No. 2:05-CV-1669 JAM KJM P

**ORDER**

Good cause appearing, Defendant Kernan's request to modify the scheduling order (docket no. 99) is granted. The deadline for filing a motion to compel discovery responses is now July 22, 2009. The dispositive motion deadline is now September 17, 2009.

DATED: May 28, 2009.

_____
U.S. MAGISTRATE JUDGE

1