IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT GUY BAKER,** | Case No. 2:05-CV-1669 JAM KJM P |
| Plaintiff, | **ORDER TO MODIFY SCHEDULING ORDER** |
| v. | |
| **SCOTT KERNAN,** | |
| Defendant. | |

Good cause appearing defendant's request for an extension of time to file a dispositive motion and to extend all deadlines (docket no. 101) is granted.

IT IS HEREBY ORDERED that the parties are granted forty-five days, to and including November 2, 2009 to file motions for summary judgment. The dates established in the court's January 29, 2009 scheduling order for the filing of pretrial statements, pretrial conference and trial are vacated. Those dates will be established, if necessary, at a later date.

DATED: September 24, 2009.

_____
U.S. MAGISTRATE JUDGE

1

Order to Modify Scheduling Order (2:05-CV-1669 DFL KJM P)