# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robert G. Baker,** | Case No. 2:05-cv-01669-AK |
| Plaintiff, | |
| v. | **ORDER** |
| **Scott Kernan,** | |
| Defendant. | |

Plaintiff's request for an extension of time to respond to defendant's motion for summary judgment is granted.  Plaintiff may respond to this motion within 30 days of the filing of this order.

Plaintiff's motion in limine requesting this court to prohibit defendant from commenting on certain matters and motion for disclosure of witnesses and evidence are denied as premature.  Plaintiff may renew these motions if and when this case nears trial.

The Clerk is ordered to send plaintiff a current copy of the Local Rules.

ALEX KOZINSKI
Chief Circuit Judge
Sitting by designation

December 10, 2009